| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

RONALD NEWTON, §
　§
　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:18-CV-308
　§
LORIE DAVIS, *et al.*, §
　§
　　Defendants. §

# MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ronald Newton, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against Lorie Davis, the Board of Pardons and Paroles, Rachel Alderett, and Pam Corey.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying plaintiff's motion for leave to proceed *in forma pauperis*, and dismissing the action without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Plaintiff contends that one of his previous lawsuits was wrongly decided by the United States District Court for the Northern District of Texas. However, that judgment is final, and this is not the appropriate venue to attack the correctness of that judgment.

**ORDER**

Accordingly, plaintiff's objections (#10) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#8) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 28th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE